GEORGE B. BUSH, Conducting Business under the Name of THE CONTINENTAL MANUFACTURING COMPANY, Appellant, v. UNITED DEALERS BUYING

COMPANY, Respondent.— Order affirmed, without costs, with leave to apply at Special Term to change the referee, the appellant not having been heard upon that question, and the respondent consenting thereto. All concurred.